**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed January 14, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00152-CV

### WILBUR EDWIN BOSARGE JR., Appellant

### V.

### ASTER SECURITIES (US), LP, 5 D HOLDINGS, LP, AVG HOLDINGS, LP, ANDREY OMELTCHENKO, BRUCE EAMES, Appellees

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2019-49194**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed February 18, 2020. On January 8, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.